# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 97-10269
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYFORD GLEN ROBERSON,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Northern District of Texas
(3:93-CR-370-X & 3:95-CV-3136-X)

---

February 17, 1998

Before POLITZ, Chief Judge, JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Rayford Glen Roberson appeals the district court's dismissal of his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Roberson contends that his trial and appellate counsel were ineffective.

Our review of the briefs and record discloses no reversible error.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, we affirm the district court's denial of the section 2255 motion for essentially the reasons adopted by the district court.[1]

Roberson also has filed a motion to supplement the record on appeal. We will not ordinarily enlarge the record on appeal to include material not before the district court.[2] Roberson does not provide a sufficient basis for variance of that rule.

Motion to supplement the record is DENIED.

Judgment appealed is AFFIRMED.

---

[1] **United States v. Roberson**, No. 3:93-CR-370-X (N.D.Tex. Feb. 20, 1997).

[2] **United States v. Flores**, 887 F.2d 543 (5th Cir. 1989).